# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TALANOA T. NAUFAHU,<br><br>      Plaintiff,<br><br>  vs.<br><br>ROBINSON TAIT, P.S., JOE J.A. SOLSENG, WELLS FARGO BANK N.A., PHH MORTGAGE SERVICES, and NORIKO COLSTON,<br><br>      Defendants. | Case No. 3:20-cv-00048-TMB |

## ORDER OF DISMISSAL

On February 27, 2020, Tanaloa T. Naufahu, a self-represented litigant, filed a complaint subject to screening under 28 U.S.C. § 1915(e).[1] In the Screening Order, the Court dismissed Mr. Naufahu's Complaint for failure to state a claim, but granted leave to amend, so that Mr. Naufahu may address his pleading deficiencies.[2]

Mr. Naufahu has not complied with the Court's Screening Orders at Dockets 6 & 17. The above-referenced matter is hereby dismissed without prejudice for

---

[1] Docket 1 (Complaint).

[2] *See* Docket 6 (Screening Order) & 17 (Order from Chambers).

failure to comply and for lack of prosecution. All pending motions are denied as moot. The Clerk of Court shall issue a final judgment.

**IT IS SO ORDERED.**

DATED at Anchorage, Alaska this 23rd day of July, 2020.

*/s/ Timothy M. Burgess*
TIMOTHY M. BURGESS
United States District Judge